Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone     209.414.3266
Facsimile     209.414.3268
Attorneys for Defendant ENRIQUE NAVARRO VILLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ENRIQUE NAVARRO VILLA,<br><br>　　　　Defendant. | Case No.: 2:23 CR 00113 DJC; 2:23 CR 00073 DJC<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney Robert Abendroth, and the Defendant, by and through his counsel of record, Mary Ann F. Bird, hereby stipulate as follows:

1. On January 23, 2025, Defendant pled guilty to Count 3 of the Indictment under docket 2:23 CR 00113 and to Count 6 of the Indictment under docket 2:23 CR 00073. The matters was referred to the Probation Office for preparation of the pretrial investigation reports for both dockets. The matters are presently set for judgment and sentencing on May 1, 2025.

2. Defense notified the Government of the need for additional time to gather, analyze and present information relevant to the Court's consideration of the 18 U.S.C 3553(a) factors before the imposition of sentence. Having considered defense counsel's request, the Government has no opposition to the requested date. Similarly, US Probation also has no opposition to this request.

3. Therefore, by this stipulation, defense respectfully requests that this Court continue the judgment and sentencing hearing until August 14, 2025 at 10:00 AM.

4. The parties further agree and stipulate to the following:

    a)     July 03, 2025: Draft PSR

    b)     July 17, 2025: Informal objections

    c)     July 24, 2025: Final PSR

    d)     July 31, 2025: Corrections

    e)     August 7, 2025: Replies

5. Because the Defendant has pled guilty, the provisions of the Speedy Trial Act do not apply to this request.

| | |
|---|---|
| IT IS SO STIPULATED. | Respectfully submitted, |

Dated: April 7, 2025                                MICHELE BECKWITH
                                                    Acting United States Attorney

                                                    ___/s/ Robert Abendroth_____
                                                    ROBERT ABENDROTH
                                                    Assistant United States Attorney

Dated: April 7, 2025                                ___/s/ Mary Ann F. Bird_____
                                                    MARY ANN F. BIRD
                                                    Attorney for ENRIQUE NAVARRO VILLA

## FINDINGS AND ORDERS

The Court hereby continues the judgment and sentencing hearing to August 14, 2025 at 9:00 AM. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset according to the parties' stipulation.

IT IS SO ORDERED.

Dated:  April 7, 2025                               /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE