Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
3522 Deer Park Drive
Suite A
Stockton, CA 95219
Telephone    209.414.3266
Facsimile     209.414.3268
Attorneys for Defendant ENRIQUE NAVARRO VILLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENRIQUE NAVARRO VILLA,<br><br>Defendant. | Case No.: 2:23 CR 00113 DJC; 2:23 CR 00073 DJC<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney Robert Abendroth, and the Defendant, by and through his counsel of record, Mary Ann F. Bird, hereby stipulate as follows:

1. On January 23, 2025, Defendant pled guilty to Count 3 of the Indictment under docket 2:23 CR 00113 and to Count 6 of the Indictment under docket 2:23 CR 00073. The matters was referred to the Probation Office for preparation of the pretrial investigation reports for both dockets. The matters are presently set for judgment and sentencing on August 14, 2025.

BIRD & VAN DYKE, INC.
STIPULATION AND PROPOSED ORDER RE: RESETTING OF JUDGMENT AND SENTENCING
PAGE: 1

2. Defense notified the Government of the need for additional time to gather, analyze and present information relevant to the Court's consideration of the 18 U.S.C 3553(a) factors before the imposition of sentence. Having considered defense counsel's request, the Government has no opposition to the requested date. Similarly, US Probation also has no opposition to this request.

3. Therefore, by this stipulation, defense respectfully requests that this Court continue the judgment and sentencing hearing until November 6, 2025 at 10:00 AM.

4. All previous dates for the preparation of the Presentence Report, Objections and Responses have been completed.

5. Because the Defendant has pled guilty, the provisions of the Speedy Trial Act do not apply to this request.

IT IS SO STIPULATED.                    Respectfully submitted,

Dated: August 5, 2025                   KIMBERLY A. SANCHEZ
                                        Acting United States Attorney

                                        ___/s/ Robert Abendroth_____
                                        ROBERT ABENDROTH
                                        Assistant United States Attorney

Dated: August 5, 2025                   ___/s/ Mary Ann F. Bird_____
                                        MARY ANN F. BIRD
                                        Attorney for ENRIQUE NAVARRO VILLA

**FINDINGS AND ORDERS**

The Court hereby continues the judgment and sentencing hearing to November 6, 2025 at 9:00 AM.

IT IS SO ORDERED.

Dated: August 6, 2025            /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE